CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

January 22, 2021

JULIA C. DUDLEY, CLERK
BY: A. Seagle
DEPUTY CLERK

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 7:21mj9 | Date and time warrant executed: 01/19/2021 11:40am | Copy of warrant and inventory left with: Thomas Robertson |
|---|---|---|

Inventory made in the presence of: Thomas Robertson

Inventory of the property taken and name(s) of any person(s) seized:

① Samsung Tablet  S/N R52N910KBBZ

② Samsung Cell phone  IMEI 354991110488386

③ Wooden Stick

④ Metro Card  B26401879 6D 1942 0167 1281 2615 8988 4167

⑤ Dell Laptop  DPN PJ86D  A00

**Received in Chambers**
By Reliable Electronic Means

January 21, 2021

**Hon. Robert S. Ballou**
**United States Magistrate**

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/21/2021

_Chad Potter_
Executing officer's signature

S.A. Chad Potter
Printed name and title